IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOHNNY GANT )
) No. 3:09-1055
v. )
)
CITIZENS BANK AND TRUST, et al. )

O R D E R

In accord with the recent amendment to Rule 72(b)(2) to the Federal Rules of Civil Procedure and pursuant to Local Rule 72.02(b)(1), both effective December 1, 2009, the first sentence of the last paragraph of the Report and Recommendation entered December 1, 2009 (Docket Entry No. 6) is hereby AMENDED to read:

> ANY OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within fourteen (14) days of service of this Report and Recommendation upon the party and must state with particularity the specific portions of this Report and Recommendation to which objection is made.

In all other respects, the December 1, 2009, Report and Recommendation is unchanged.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge